# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**CASE NO. 4:10CR00065-17 BSM**

**RAY MCVAY a/k/a Lil Ray**                                     **DEFENDANT**

## AMENDED JUDGMENT AND COMMITMENT

The Judgment and Commitment Order [Doc. No. 762] entered on February 23, 2012, is hereby amended to change the date of imposition of judgment from February 13, 2012, to February 17, 2012, and to change Statement of Reasons, Part III, to correctly provide that the fine range is from $10,000 to $2,000,000.

All other conditions contained in the original Judgment and Commitment Order shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 28th day of February 2012.

_____
UNITED STATES DISTRICT JUDGE